IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JORGE L. NIEBLA,

    Plaintiff,

vs.                                  CASE NO. 5:08cv109/RS-MD

STATE OF FLORIDA, et al,

    Defendants.
_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 8) and Plaintiff's Notice of Appeal (Doc. 12), which shall be construed as objections to the Report and Recommendation. I have considered Plaintiff's objections *de novo*.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.
2. This case is dismissed without prejudice because of Plaintiff's failure to comply with an order of this court and failure to prosecute this action.
3. The clerk is directed to close the file.

**ORDERED** on July 22, 2008.

                        /S/ Richard Smoak
                        **RICHARD SMOAK**
                        **UNITED STATES DISTRICT JUDGE**